UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| United States of America | |
| v. | **ORDER** |
| Ivan Collado, | **24 Cr. 110 (JPO)** |
| *Defendant.* | |

WHEREAS, the defendant Ivan Collado has moved, through counsel, under 18 U.S.C. § 4241(a) for an examination to determine the mental competency of the defendant;

WHEREAS, the parties request that the Court designate an examiner, to be retained by the Government, to conduct an examination pursuant to 18 U.S.C. § 4247 at the Metropolitan Detention Center where the defendant is presently detained;

IT IS HEREBY ORDERED that (i) the defendant shall be examined by a licensed or certified psychiatrist or psychologist, to be retained by the Government, to conduct a psychiatric or psychological examination and to issue a report on the defendant's competence, (ii) that the defendant shall submit to examination(s) by the examiner, as needed by the examiner, (iii) the examiner's evaluation shall include each of the findings outlined in 18 U.S.C. § 4247(c)(1) through (c)(3) and (c)(4)(A); (iv) that the examiner's evaluation shall include a determination as to whether the defendant is malingering; and (v) that the defendant shall provide to the examiner any records necessary for the examination or the preparation of the report.

**SO ORDERED:**

Dated: New York, New York
      July 17, 2024

_____
J. PAUL OETKEN
United States District Judge

*The Clerk is directed to terminate the motions at ECF Nos. 13 & 14.*