

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 12, 2024

**BY ECF**
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Ivan Collado*, 24 Cr. 110 (JPO)

Dear Judge Oetken:

The Government writes to request, with defendant's consent, that the Court adjourn the December 17, 2024 pretrial conference scheduled in the above-referenced matter for approximately one month, until sometime during the week of January 20, 2025, or at a time convenient for the Court. The parties are continuing to engage in discovery production and review. In addition, the Government, as previewed for the Court, is considering additional charges to be filed in this case. At this time, neither party has material updates for the Court.

Should the Court grant the requested adjournment, the Government respectfully requests, again with defendant's consent, that the time between December 17, 2024, and the next scheduled conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The exclusion of time will allow the defendant to continue to review discovery, and will allow the parties to engage in discussions about a potential pretrial resolution.

> Granted. The December 17, 2024 pretrial conference is adjourned to January 23, 2025 at 2:30 pm. The Court hereby excludes time through January 23, 2025, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.
>   So ordered:
>   12/12/2024

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Joseph H. Rosenberg
Ashley C. Nicolas
Courtney L. Heavey
Assistant United States Attorneys
(212) 637-2326/-2467/-2413

_____
J. PAUL OETKEN
United States District Judge